| | |
|---|---|
| GARY R. BASHAM (SBN 130119)<br>DEREK C. DECKER (SBN 232243)<br>BASHAM PARKER LLP<br>701 University Avenue, Suite 150<br>Sacramento, California 95825<br>Telephone: (916) 925-5850<br>Facsimile: (916) 925-5854<br><br>Attorneys for Defendant<br>RADIOSHACK CORPORATION | ROBERT C. HUBBS (SBN 145641)<br>KNEISLER, SCHONDEL & HUBBS<br>538 Mendocino Avenue<br>P.O. Box 5767<br>Santa Rosa, CA 95402-5767<br>Telephone (707) 542-5132<br>Facsimile: (707) 547-2212<br><br>Attorneys for Plaintiff<br>JAMES PETERSEN |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PETERSEN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RADIOSHACK CORPORATION, and DOES 1 to 50 inclusive,<br><br>　　　　Defendants. | Case No. 3:08-05385 BZ<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND COURT MEDIATION COMPLETION DATE**<br><br>Complaint Filed: October 28, 2008<br>Trial Date:　　None |

IT IS HEREBY ORDERED, that the Court Mediation completion date for this matter shall be extended to May 31, 2009. The current mediation completion date of May 12, 2009, is hereby vacated. The current mediation set for May 7, 2009, with AnnaMary E. Gannon, shall be taken off calendar, and the parties shall confer with Ms. Gannon as to a new mediation date.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Dated: __April 24, 2009_____      _____/s/ Bernard Zimmerman_____
　　　　　　　　　　　　　　　　　　　　　　**U.S. MAGISTRATE JUDGE ZIMMERMAN**