GARY R. BASHAM (SBN 130119)
DEREK C. DECKER (SBN 232243)
BASHAM PARKER LLP
701 University Avenue, Suite 150
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

**Attorneys for Defendant RADIOSHACK CORPORATION**

ROBERT C. HUBBS (SBN 145641)
KNEISLER, SCHONDEL & HUBBS
538 Mendocino Avenue
P.O. Box 5767
Santa Rosa, CA 95402-5767
Telephone (707) 542-5132
Facsimile: (707) 547-2212

**Attorneys for Plaintiff JAMES PETERSEN**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JAMES PETERSEN

Plaintiff,

v.

RADIOSHACK CORPORATION, and DOES 1 to 50 inclusive,

Defendants.

Case No. C-08-5385 BZ

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE TRIAL AND PRE-TRIAL DATES**

Complaint Filed: October 28, 2008
Trial Date: March 15, 2010

**IT IS AGREED** by and between counsel for Plaintiff James Petersen and counsel for Defendant RadioShack Corporation that this matter involves a substantial number of witnesses, several of whom are third parties, and that numerous depositions still need to be completed in this matter, as well as additional written discovery. In addition, counsel for Defendant RadioShack Corporation has a conflict with the trial date set for this matter, being scheduled for trial in a separate matter in the District Court for the Northern District of California on the same date, March 15, 2010. It is likely that this conflict will resolve itself, but at the present time the conflict exists.

Therefore, in order to allow the parties sufficient time to complete necessary depositions and discovery, and to resolve any potential trial calendar conflict, **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff James Petersen and counsel for Defendant RadioShack Corporation, that all pretrial dates for this matter shall be

continued approximately ninety (90) days, and that the trial date shall also be continued ninety (90) days, so that the following dates shall apply:

**1. DATES**

| | |
|---|---|
| Trial Date: | Monday, July 12, 2010 ~~Tuesday, June 15, 2010~~, 7 days |
| Pretrial Conference: | Tuesday, June 22, 2010 ~~May 25, 2010~~, 4 p.m. |
| Last Day to Hear Dispositive Motions: | Wednesday, May 5, 2010 ~~April 21, 2010~~ |
| Last Day for Expert Discovery: | Friday, March 12, 2010 |
| Last Day for Rebuttal Expert Disclosures: | Friday, March 5, 2010 |
| Last Day for Expert Disclosures: | Friday, February 19, 2010 |
| Close of Non-expert Discovery: | Friday, February 12, 2010 |

**2. DISCLOSURE AND DISCOVERY**

Both parties acknowledge all obligations and procedures set forth by the Court in its previous June 2, 2009, Order Scheduling Jury Trial and Pretrial Matters. Lead counsel for each party shall serve and file a certification that all supplementation has been completed thirty days prior to the close of non-expert discovery, as stated above.

**3. MOTIONS**

Both parties acknowledge all obligations and procedures set forth by the Court in its previous June 2, 2009, Order Scheduling Jury Trial and Pretrial Matters.

**4. SETTLEMENT**

The parties stipulate, and thus request, that this case be referred for assignment to a Magistrate Judge to conduct a settlement conference in March of 2010.

**5. PRETRIAL CONFERENCE**

Both parties acknowledge all obligations and procedures set forth by the Court in its previous June 2, 2009, Order Scheduling Jury Trial and Pretrial Matters. Not less than twenty-one days prior to the date of the new pretrial conference, the parties shall: (1) serve and file a joint pretrial statement; containing all the information listed in Attachment 1 to the Court's June 2, 2009, Order, and a proposed pretrial order; (2) serve and file trial briefs, Daubert motions, motions *in limine*, and statements designateing excerpts from discovery that will be offered at

trial; (3) exchange exhibits, agree on and number a joint set of exhibits and number separately those exhibits to which the parties cannot agree; (4) deliver all marked trial exhibits directly to the courtroom clerk, Ms. Voltz; (5) deliver one extra set of all marked exhibits directly to chambers; and (6) submit all exhibits in three-ring binders.

Not less than eleven days prior to the new pretrial conference date stated above, the parties shall serve and file any objections to witnesses or exhibits or to the qualifications of an expert witness. Oppositions shall be filed and served not less than six days prior to the conference. There shall be no replies.

Not less than twenty-one days prior to the new pretrial conference date the parties shall serve and file requested voir dire questions, jury instructions, and forms of verdict. No less than eleven days prior to the new pretrial conference date, the parties shall serve and file any objections to separately proposed jury instructions.

**IT IS SO STIPULATED.**

Dated: September 15, 2009

**KNEISLER, SCHONDEL & HUBBS**

By: ______________________
Robert C. Hubbs
Attorneys for Plaintiff
JAMES PETERSEN

Dated: September 16, 2009

**BASHAM PARKER LLP**

By: ______________________
Gary R. Basham
Derek C. Decker
Attorneys for Defendant
RADIOSHACK CORPORATION

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Dated: September 16, 2009

______________________
**U.S. MAGISTRATE BERNARD ZIMMERMAN**