GARY R. BASHAM (SBN 130119)
AARON R. JACKSON (SBN 233816)
BASHAM PARKER LLP
701 University Avenue, Suite 150
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendant
RADIOSHACK CORPORATION

ROBERT C. HUBBS (SBN 145641)
KNEISLER, SCHONDEL & HUBBS
538 Mendocino Avenue
P.O. Box 5767
Santa Rosa, CA 95402-5767
Telephone (707) 542-5132
Facsimile: (707) 547-2212

Attorneys for Plaintiff
JAMES PETERSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JAMES PETERSEN, | Case No. 3:08-05385 BZ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE** |
| v. | |
| RADIOSHACK CORPORATION, and DOES 1 to 50 inclusive, | |
| Defendants. | Complaint Filed: October 28, 2008<br>Trial Date: July 12, 2010 |

Plaintiff JAMES PETERSEN and Defendant RADIOSHACK CORPORATION, by and through their respective attorneys of record, hereby stipulate and agree to continue the Settlement Conference, which is currently scheduled before Magistrate Judge Maria-Elena James on March 3, 2010, to a later mutually agreeable date between the parties and the Court. Good cause exists to move the Settlement Conference because Defendant RADIOSHACK CORPORATION's lead trial counsel, Gary R. Basham, has a conflict with the currently scheduled settlement conference date due to the recent death of his grandmother on Saturday, February 27, 2010.

**IT IS SO STIPULATED:**

Dated: March 1, 2010                  **KNEISLER, SCHONDEL & HUBBS**

By: /s/ Robert C. Hubbs
    Robert C. Hubbs

Attorneys for Plaintiff
JAMES PETERSEN

Dated: March 1, 2010                  **BASHAM PARKER LLP**

By: /s/ Aaron R. Jackson
    Gary R. Basham
    Aaron R. Jackson

Attorneys for Defendant
RADIOSHACK CORPORATION

## ORDER

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Settlement Conference be continued to a mutually agreeable date between the parties and the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 2, 2010

U.S. MAGISTRATE JUDGE
MARIA-ELENA JAMES