1   GARY R. BASHAM (SBN 130119)
    AARON R. JACKSON (SBN 233816)
2   BASHAM PARKER LLP
    701 University Avenue, Suite 150
3   Sacramento, California 95825
    Telephone:  (916) 925-5850
4   Facsimile:  (916) 925-5854

5   Attorneys for Defendant
    RADIOSHACK CORPORATION
6

7   ROBERT C. HUBBS (SBN 145641)
    KNEISLER, SCHONDEL & HUBBS
8   538 Mendocino Avenue
    P.O. Box 5767
9   Santa Rosa, CA  95402-5767
    Telephone  (707) 542-5132
10  Facsimile:  (707) 547-2212

11  Attorneys for Plaintiff
    JAMES PETERSEN
12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15  JAMES PETERSEN                      Case No. 3:08-05385 BZ

16            Plaintiff,                **STIPULATION AND [PROPOSED]
                                        ORDER TO CONTINUE**
17     v.                              **SETTLEMENT CONFERENCE
                                        DATE**
18  RADIOSHACK CORPORATION, and DOES 1 to
    50 inclusive,
19
            Defendants.                 Complaint Filed: October 28, 2008
20                                       Trial Date:       July 12, 2010

21          Plaintiff JAMES PETERSEN and Defendant RADIOSHACK CORPORATION,

22  by and through their respective attorneys of record, hereby stipulate and agree to continue the

23  Settlement Conference, which is currently scheduled before Magistrate Judge Maria-Elena James

24  on March 3, 2010, to a later mutually agreeable date between the parties and the Court.  Good

25  cause exists to move the Settlement Conference because Defendant RADIOSHACK

26  CORPORATION's lead trial counsel, Gary R. Basham, has a conflict with the currently

27  scheduled settlement conference date due to the recent death of his grandmother on Saturday,

28  February 27, 2010.

                                        1

**IT IS SO STIPULATED:**

Dated: March 1, 2010                    **KNEISLER, SCHONDEL & HUBBS**


                                   By:  /s/ Robert C. Hubbs
                                        Robert C. Hubbs

                                        Attorneys for Plaintiff
                                        JAMES PETERSEN

Dated: March 1, 2010                    **BASHAM PARKER LLP**


                                   By:  /s/ Aaron R. Jackson
                                        Gary R. Basham
                                        Aaron R. Jackson

                                        Attorneys for Defendant
                                        RADIOSHACK CORPORATION


### <u>ORDER</u>

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Settlement Conference be continued to a mutually agreeable date between the parties and the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  March 2, 2010

                                        U.S. MAGISTRATE JUDGE
                                        MARIA-ELENA JAMES

2