UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PETERSEN, | CASE NO. C 08-5385 BZ |
| Plaintiff, | [Marin County Superior Court Case No. CIV 085311] |
| vs. | |
| RADIOSHACK CORPORATION, | [PROPOSED] ORDER AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| Defendants. | |
| | Complaint Filed: October 28, 2008<br>Trial Date:      July 12, 2010 |

Upon the Stipulation to Dismiss Entire Action with Prejudice filed by the parties hereto, and for good cause appearing:

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that this action be dismissed in its entirety with prejudice, with each party to bear there own attorney's fees and costs.

IT IS SO ORDERED.

Dated 10 May, 2010

_____
THE HONORABLE BERNARD ZIMMERMAN

[PROPOSED] ORDER AND DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE   C 08-5385 BZ